CRIMINAL APPEALS
## CERTIFICATE OF NOTICE OF APPEAL TO THE FOURTH COURT OF APPEALS

TRIAL COURT NO. 2015CR0691

THE STATE OF TEXAS

VS

JOSHUA ALLEN SCHOPPMAN

IN THE 175TH DISTRICT COURT

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
06/24/2015 3:34:18 PM
KEITH E. HOTTLE
Clerk

BEXAR COUNTY, TEXAS

1. Defendant filed motion for new trial:__ no _X_ yes, date filed: 06-15-2015

2. Notice of appeal was filed on 06-15-2015

3. The Honorable MARY ROMAN                                        presided at the trial      .

4. The above named defendant was convicted        of the offense(s) of POSS CS PG 1 4 GRAMS TO 200 G

as a (Repeater)(XXXXXXX).

5. State's appeal attorney: NICHOLAS LAHOOD        300 Dolorosa, Suite 4025, Bexar County Justice
Center, San Antonio, Texas,78205 (210)335-2413        SBN: 24030360

6. Trial       Attorney(s):_____

(Retained)(Appointed) Appeals attorney:_____
Address & Phone No:_____    SBN:_____

Defendant Pro-Se_X_ Yes__ No
7. The trial held was:___Trial before the Court        ___Jury trial on guilt only
                       ___Jury trial on punishment only    ___Jury trial guilt and punishment
                       _X_Plea of guilt / nolo contendere to court - negotiated plea agreement followed by court
                       ___Pretrial motion heard prior to plea    ___Open/non negotiated plea of guilty/nolo contender
                       ___Motion to enter adjudication of guilt   ___Motion to revoke community supervision
                       ___Other_____

8. The sentence was (suspended) on:06-03-2015 for a period of:yrs:010 mths:00
and a fine of $      1,500.00

9. Defendant is presently in:_X_ BCADC ___ TDCJID. Defendant is on      40,000.00      appeal bond.

10. Name and Address of Court Reporter(s) who reported the evidence: MONICA CRAWFORD 300 DOLOROSA.
SAN ANTONIO. TEXAS (05/11/15) & (06/03/15)

11. If two or more cases were tried together the other cases that have been or may be appealed are:(Defendant's
& cause number) _____

WITNESS MY HAND THIS THE 24th DAY OF June , 2015

COURT REPORTER(S): _Monica Crawford_        Date: 6/24/15

KEITH E. HOTTLE, CLERK        Date:

BY:_____        Date:_____
   Deputy

DONNA KAY MCKINNEY
BEXAR COUNTY DISTRICT CLERK
BY:_____

LONGORIA, CASSANDRA DIAN        ,DEPUTY

(jsdca)

Cause NO. 2015-CR-0691
2015-CR-0692
2015-CR-0695

| | |
|---|---|
| THE STATE OF TEXAS | IN THE DISTRICT COURT |
| VS. | 175th JUDICIAL DISTRICT |
| Joshua Schoppman | BEXAR COUNTY, TEXAS |

## NOTICE OF APPEAL FROM NEGOTIATED PLEA

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Joshua Schoppman , Defendant in the above styled and numbered cause, and within thirty (30) days of sentence having been pronounced against him in court, and files this his Notice of Appeal from Negotiated Plea pursuant to the Texas Rules of Appellate Procedure, Rule 25.2 (B)(3), and Article 1.15 of the Texas Code of Criminal Procedure, and who would state the following:

1. There was a trial in this cause

   ( ) yes               (X) no

   and the trial was a

   ( ) jury trial          ( ) non-jury trial

2. The trial commenced on the _____ day of _____, _____, and ended on the _____ day of _____, _____.

3. There was a plea bargain agreement in this cause

   (X) yes               ( ) no

4. The plea bargain agreement was followed by the Court

   ( ) yes               (X) no

5. Defendant was sentenced on the 3 day of June , 2015 , and sentence commenced on the on the 3 day of June , 2015 ,

6. A motion for New Trial was filed in this cause
   (X) yes               ( ) no

Also pursuant to Rule 25.2 (b)(3) (A), (B) and (C), the following indicated items apply as a basis for Defendant's notice of appeal:

_____ (A)  the appeal is for a jurisdictional defect (explanation attached hereto);

_____ (B)  the substance of the appeal was raised by written motion and ruled on before trial (motion and ruling attached hereto);

__X__ (C)  permission to appeal

   ( ) has been granted by trial court      ( ) has been denied by trial court

Respectfully submitted,

_____
Defendant

2015-CR-0691
2015-CR-0692
Cause NO. 2015-CR-0695

THE STATE OF TEXAS

VS.

Joshua Schoppman

IN THE DISTRICT COURT

175TH JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

MOTION FOR APPOINTMENT OF COUNSEL ON APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now Joshua Schoppman _____, Defendant in the above styled and numbered cause and upon the duly verified Pauper's Oath annexed hereto and made a part hereof, and requests the Court appoint counsel on appeal for Defendant and in support of said motion would show the Court the following:

I.

That on the 3 day of June , 2015, judgment was entered and Defendant was sentenced in this cause.

II.

That on the 10TH day of June , 2015, timely notice of appeal was given in this cause to the trial court and to the 4th Court of Appeals.

III.

That Defendant is indigent and wholly destitute of means with which to retain counsel to represent Defendant on appeal.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully moves the Court to appoint counsel to represent Defendant in accordance with Article 26.05 of the Texas Code of Criminal Procedure.

Respectfully submitted,

_J. Schippen_

Defendant

_____

Attorney for Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the _10th_ day of _June_, _2015_, a true and correct copy of the above and foregoing Motion for Appointment of Counsel on Appeal was transmitted to office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_J. Schippen_

Defendant

## ORDER

On this the ____ of _____, _____, came on to be heard Defendant's Motion for Appointment of Counsel on Appeal and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this ____, day of _____, _____

_____

Judge Presiding

2015-CR-0691
2015-CR-0692
Cause NO. 2015-CR-0695

THE STATE OF TEXAS

VS.

Joshua Schoppman

IN THE DISTRICT COURT

175ᵗʰ JUDICIAL DISTRICT

BEXAR COUNTY, TEXAS

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY
2015 JUN 15 P 4 14
By:_____
DEPUTY

## MOTION FOR NEW TRIAL

TO THE HONORABLE JUDGE OF SAID COURT:

Come now  Joshua Schoppman , Defendant in the above styled and numbered cause and files this his Motion New Trial and in support of said motion would show the Court the following:

### I.

In this plea bargain case which defendant's plea was Nolo contendere The Punishment did exceed The Punishment recommended by the Prosecutor and agreed to by the defendant

### II.

WHEREFORE, PREMISES CONSIDERED, Defendant prays the Court set aside the verdict and judgment of conviction previously rendered against Defendant at a former day of this term and that Defendant be granted a new trial of this cause.

Respectfully submitted,

_J. Schippman_

_____          _____
Attorney for Defendant                                    Defendant

## CERTIFICATE OF SERVICE

I, hereby certify that on this the 10th day of June, 2015, a true and correct copy of the above and foregoing Motion for New Trial was transmitted to office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205

_J. Schippman_

_____
Defendant

## ORDER

On this the _____ of _____, _____, came on to be heard Defendant's Motion for New Trial and said motion is hereby

( ) GRANTED          ( ) DENIED

Signed this _____, day of _____, _____.


_____
Judge Presiding

# UNSWORN DECLARATION BY INMATE

I, Joshua Schoppman , SID 886290

Being presently incarcerated in the Bexar County Adult Detention Center, San Antonio, Texas declare under Penalty of Perjury that the foregoing instrument is true and correct.

Signed on this the 16 day of June , 2015.

J Schoppman

Defendant

Joshua Schoppman
886290 AL-18
200 North Comal St.
SA. Tx. 78207

neopost
06/12/2015
US POSTAGE $000.70⁵

FIRST-CLASS MAIL

ZIP 78205
041M12250025

FILED
DONNA KAY MCKINNEY
DISTRICT CLERK
BEXAR COUNTY

2015 JUN 15 P 4: 13

BY:_____
      DEPUTY

District Clerks Office
Criminal Section
101 W. Nueva, STE. 217
San Antonio, Texas 78205

Attn: 125ᵗʰ District Court

No. 2015CR0691

STATE OF TEXAS                                    IN THE DISTRICT COURT

v.                                                175th JUDICIAL DISTRICT

JOSHUA SCHOPPMAN                                  BEXAR COUNTY, TEXAS

## ORDER APPOINTING APPELLATE COUNSEL

The Court, in accordance with Article 26.04(f) or 26.052, Code of Criminal Procedure,

hereby appoints **Michael Young**, Interim Chief Public Defender (SBN 00794895), to represent

Joshua Schoppman, an indigent defendant, in the above-styled and numbered cause.

Such representation shall continue until the appeal in this cause is exhausted or until

relieved by the court or replaced by other counsel.

The Clerk of the Court shall notify the Bexar County Public Defender's Office via fax, at

(210) 335-0707, or by hand delivery of the Order to the designated box at the Fourth Court of

Appeals of Texas.

SIGNED June 18, 2015.

_____
JUDGE PRESIDING

**REMINDER: Please contact the Bexar County Public Defender's Office at 335-0701 or vmcdonald@bexar.org before making this appointment to verify that the office is presently accepting new appellate cases.**

Updated 9/23/2014

No. 2015-CR-0691



| The State of Texas | § | In the *175* District Court |
| vs. | § | of |
| Joshua Allen Schoppman | § | Bexar County, Texas |

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL*

I, judge of the trial court, certify this criminal case:

☐    is not a plea-bargain case, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived, and the defendant has the right of appeal; (or)

☐    is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal; (or)

☒    is a plea-bargain case, and the defendant has NO right of appeal; (or)

☐    is a revocation of the defendant's community supervision, and the defendant has the right to appeal the court's action revoking the community supervision, but not the underlying conviction; (or)

☐    is an adjudication of guilt following a deferred adjudication, and the defendant has a limited right of appeal; (or)

☐    is a decision on the defendant's motion for forensic DNA testing and the defendant has the right of appeal; (or)

☐    is one in which the defendant has waived the right of appeal.

_____
**JUDGE**

_5-11-15_
Date Signed

I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a *pro se* petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals's judgment and opinion to my last known address and that I have only 30 days in which to file a *pro se* petition for discretionary review in the Court of Criminal Appeals. Tex. R. App. P. 68.2.

_____
**DEFENDANT**

Mailing address:_____
Telephone number:_____

Fax number if any:_____

I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my current prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a *pro se* petition for discretionary review.

_____
ATTORNEY FOR DEFENDANT

Bar number: _02826700_
Mailing address: _424 Cameron_
_SA Tx 7821_
Telephone: _639-5319_
Fax: _320-3445_

*"A defendant in a criminal case has the right of appeal under Code of Criminal Procedure Article 44.02 and these rules. This trial court shall enter a certification of the defendant's right of appeal each time it enters a judgement of guilt or other appealable order. In a plea bargain case - that is, a case in which a defendant's plea was guilty or nolo contedere and the punishment did not exceed the punishment recommended by the prosecutor and agreed to by the defendant - a defendant may appeal only: (A) those matters that were raised by written motion filed and ruled on before trial, or (B) after getting the trial court's permission to appeal." TEXAS RULE OF OF APPELLATE PROCEDURE 25.2(a)(2).